UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LINDA SMITH

               Plaintiff,

-against-

GATEWAY SECURITY SERVICE, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 08-CV-4337 (AKH)

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**

      Defendant GATEWAY SECURITY SERVICE, INC., by its attorneys, Sapir & Frumkin LLP, certifies that it is not owned by any parent corporation and that no publicly-held corporation holds 10% or more of its stock.

Dated:  White Plains, New York
         July 10, 2008

Yours, etc.,

**SAPIR & FRUMKIN LLP**

By:   /s/ William D. Frumkin
      William D. Frumkin (WF 2173)
      Sapir & Frumkin LLP
      Attorneys for Defendant
      Gateway Security Service, Inc.
      399 Knollwood Road, Suite 310
      White Plains, New York 10603
      (914) 328-0366

To:   Jeffrey B. Melcer, Esq.
      The Law Offices of Jeffrey B. Melcer, PLLC
      150 East 58th Street, 23rd Floor
      New York, New York 10155

F:\APPLICAT\WP\Gateway Security\Rule 7.1 Statement.wpd\rlh

# CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2008, a copy of Federal Rule of Civil Procedure 7.1 Disclosure Statement of Defendant was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

> Jeffrey B. Melcer, Esq.
> The Law Offices of Jeffrey B. Melcer, PLLC
> 150 East 58th Street, 23rd Floor
> New York, New York 10155

      Parties may access this filing through the Court's electronic filing system

      /s/ Rachel L. Horton
      Rachel L. Horton